CHAMBERS OF
**KARON O. BOWDRE**
JUDGE

(205) 278-1800
FAX (205) 278-1806

October 26, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

Attn: Honorable Mary M. Lisi, Chair

Re: Calendar Year 2003 Filing

Dear Judge Lisi:

Thank you for your letter of July 29, 2004 concerning my annual financial disclosure report. It has taken ▮▮▮▮▮▮ and me a good bit of time to research the appropriate responses to all of the issues raised in your letter. Please consider my letter as an amendment to the calendar year 2003 annual financial disclosure report filing.

As to Part VII, page 1, line 7, I have listed "Evergreen Money Market," as the replacement default money market fund for Centennial Money Market Fund when my broker changed brokerage houses. Neither I nor any of ▮▮▮▮▮▮ members selected either default account with the brokerage houses; we merely directed the transfer of our existing investments from one brokerage house to another. However, based on your instructions, we are amending line 7 to show the sale of Centennial Money Market Fund on 7/16/02 with a value code of "J" and a gain code of "A." The purchase of the Evergreen Money Market should be listed as 8/1/02 with the other descriptions continuing as noted on the original report. In a similar fashion, lines 63 and 65 should be amended to reflect the sale of Centennial Money Market Fund on 7/17/02 with a value code of "J" and a gain code of "A." The purchase of Evergreen Money Market for line 63 and 65 should reflect 7/22/02.

In Part VII, lines 37, 66 and 67 should all have reflected those sales as being "partial," the same description included in the explanation section of the original report.

In Part VII, line 52 was described as instructed earlier by your office. For security reasons, pursuant to the written instructions and pursuant to the instructions recently received from your office, I believe that lines 45, 51 through 52 and 54 through 56 are correctly named. For lines 55 and 56, column B(1) should have been left blank.

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Bowdre, Karon O | 2. Court or Organization<br><br>U. S. District Court, Alabama | 3. Date of Report<br><br>5/15/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Hugo Black Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director | Brigham-Williams, Inc |
| 2. | Proprietor | Juliette Farms f/k/a KayBee Saddlebreds |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2001 | Samford University (Defined Benefit Plan)-vested benefits in plan of former employer. |

RECEIVED
2004 MAY 24 A 11: 41
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | 2003 | Juliette Farms fka Kaybee Saddlebreds (Breed, Train & Show American Saddlebred Horses) | 1,650.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-Employed Law Practice |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Alabama Christian Legal Society | July 17-18- Lodging provided/reimbursed at Alabama State Bar-CLS Breakfast (Mobile, AL) |
| 2. | Blackstone Fellowship-Alliance Defense Fund | Aug. 5-7-Lodging, Food, Travel expense provided/reimbursed at Phoenix, AZ conference for lawstudents. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependant children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. LLC #1- Retail Shopping/Real Estate 1, Birmingham, AL | B | Distribution | J | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. First Commercial Bank Acct | A | Interest | K | T | | | | | |
| 4. American Fund-Fundamental Investors | A | Dividend | J | T | | | | | |
| 5. American Fund-Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 6. American Fund-Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 7. Evergreen Money Market | A | Dividend | J | T | | | | | |
| 8. Compass Bank Common Stock | B | Dividend | K | T | | | | | |
| 9. Janus Investment Fund - Small Cap Value Fund | B | Dividend | K | T | | | | | |
| 10. Dreyfuss Appreciation Fund | A | Dividend | J | T | | | | | |
| 11. Fundamental Investors | A | Dividend | J | T | | | | | |
| 12. Growth Fund of America | A | Dividend | J | T | | | | | |
| 13. Lord Abbett Dev. Growth Fund | A | Dividend | | | sell | 11/03 | J | A | |
| 14. Putnam Intl Growth Fund | A | Dividend | | | sell | 11/03 | J | A | |
| 15. Smith Barney CitibankMoney Fund | A | Dividend | J | T | | | | | |
| 16. RGBK Common Stock | A | Dividend | J | T | | | | | |
| 17. Legg Mason Value Trust | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Elan Corp PLC ADR | A | Dividend | J | T | | | | | |
| 19. Merck Common Stock | A | Dividend | J | T | | | | | |
| 20. Microsoft Common Stock | A | Dividend | J | T | buy | 01/21 | J | | |
| 21. Walmart Stores Common Stock | A | Dividend | J | T | | | | | |
| 22. Alabama 0% Judicial Bldg Bonds | A | Distribution | J | W | | | | | |
| 23. Fundamental Inves.Fund (IRA) | A | Dividend | J | T | | | | | |
| 24. Growth Fund of America (IRA) | A | Dividend | J | T | | | | | |
| 25. New Perspective Fund (IRA) | A | Dividend | J | T | | | | | |
| 26. Small Cap World Fund-IRA | A | Dividend | J | T | | | | | |
| 27. Wash Mut Inv Fund-IRA | A | Dividend | J | T | | | | | |
| 28. Cap.World Growth&Inc-IRA | A | Dividend | K | T | buy | 10/24 | J | | |
| 29. Euro Pac Growth-IRA | A | Dividend | K | T | | | | | |
| 30. Invest Co of Amer-IRA | B | Dividend | L | T | | | | | |
| 31. Growth Fund Amer-IRA | A | Dividend | L | T | | | | | |
| 32. Wash Mut. Inv Fund-IRA | B | Dividend | L | T | | | | | |
| 33. Fidelity Disc Equity-IRA | A | Dividend | J | T | | | | | |
| 34. Fidelity Equity Income | A | Dividend | K | T | | | | | |
| 35. Fidelity Discp. Equity | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,000-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. AmSouth Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 37. Bank of America Common Stock | A | Dividend | J | T | sell | 04/04 | J | A | |
| 38. Van Kampen Emerging Growth Fund | A | Dividend | | | sell | 04/04 | J | A | |
| 39. Pioneer Growth/Income Fund | A | Dividend | J | T | | | | | |
| 40. Inv. Co of Amer Fund | A | Dividend | K | T | | | | | |
| 41. Putnam Voyager Fund | A | Dividend | J | T | | | | | |
| 42. Inv. Co. of America Fund | A | Dividend | K | T | | | | | |
| 43. ICOS Common Stock | A | Dividend | J | T | buy | 08/25 | J | | |
| 44. ALKS Common Stock | A | Dividend | J | T | | | | | |
| 45. Trust I; Inc.Benef; Trustee= ▓▓▓▓ See Part VIII | D | Distribution | M | W | | | | | |
| 46. AmSouth Bank Acct | B | Interest | K | T | | | | | |
| 47. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 48. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 49. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 50. Seligman Henderson Growth Fund | A | Dividend | | | sell | 04/04 | J | A | |
| 51. Trust II; Inc. Bene.; ▓▓▓▓=Trustee, see Part VIII. | E | Distribution | M | W | | | | | |
| 52. LLC II, interest in eVault, Inc. & CCN, Inc. | A | Distribution | K | W | | | | | |
| 53. 401(k)@ The Principal, See Part VIII. | E | Dividend | M | T | buy | | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowdre, Karon O | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 54. Lawfirm Capital Contribution | | None | K | W | | | | | |
| 55. Trust III; Inc. Benef.; Life Insurance; Trustee | A | None | K | W | | | | | |
| 56. Trust IV, Inc. Benef.; Life Insurance; Trustee | A | None | J | W | | | | | |
| 57. Pioneer Mid-Cap Value Fund | A | Dividend | J | T | | | | | |
| 58. Putnam Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 59. McDonalds Corp. Common Stock | A | Dividend | J | T | | | | | |
| 60. McDonalds Corp. Common Stock | A | Dividend | J | T | | | | | |
| 61. Pixar Common Stock | A | Dividend | J | T | | | | | |
| 62. Pixar Common Stock | A | Dividend | J | T | | | | | |
| 63. Evergreen Money Market Fd | A | Interest | J | T | | | | | |
| 64. Nations FD Inc, Intl Value Fd Inv. CL A | A | Dividend | J | T | | | | | |
| 65. Evergreen Mon.Market Fd-IRA | A | Dividend | J | T | | | | | |
| 66. Janus Invt. Fd- Small Cap & Value Fund-IRA | A | Dividend | K | T | sell | 10/24 | J | A | |
| 67. T. Rowe Price Mid-Cap Growth Fund-IRA | A | Dividend | K | T | sell | 10/24 | J | A | |
| 68. Bellsouth Corp. Common Stock | A | Dividend | | | sell | 11/12 | J | A | |
| 69. General Electric Company Common Stock | A | Dividend | J | T | | | | | |
| 70. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 71. Nuveen Select Tax Free Income Port 2 SBI | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 72. Growth Fund of America-Class A | A | Dividend | J | T | | | | | |
| 73. New England Financial Permanent Life Insurance | A | Dividend | J | T | | | | | |
| 74. New England Financial- Permanent Life Insurance Policy | B | Dividend | K | T | | | | | |
| 75. New England Finan.- Variable Ord.Life - Zenith Equity Series | A | Dividend | K | T | | | | | |
| 76. Van Kampen Equity & Income Fund-Cl B-fka Equity Income | A | Dividend | J | T | | | | | |
| 77. Pfizer Common Stock | A | Dividend | J | T | buy | 11/12 | J | | |
| 78. Cendant Common Stock | A | Dividend | | | sell | 04/04 | J | A | |
| 79. USB Cash Fund | A | Interest | J | T | | | | | |
| 80. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | buy | 11/04 | J | | |
| 81. Eurapacific Growth Fund | A | Dividend | J | T | buy | 11/04 | J | | |
| 82. Medco Health-Common Stock | A | Dividend | J | T | Spin-off | 08/20 | J | | |
| 83. Microsoft Common Stock | A | Dividend | J | T | buy | 01/21 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowdre, Karon O | 5/15/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

401(k): Large Cap Stock Index, Small Company Blend, International Stock Fund; contributions to the Plan and purchases by the Plan to these preselected funds are made throughout the year.

Smith Barney Money Funds Cash Acct. was transferred by broker to Citibank N.A. Money Market.

Centennial Money Market Fund switched to Evergreen Fund when broker changed companies.

Berger Omni Invt. Fund changed its name to Janus Invt. Fund.

A number of entries that had been sold completely prior to 2003 were deleted.

Additional purchases in some holdings did not change year-end category listings (Microsoft, Cap World Growth, ICOS, Pfizer).

Partial sales in some holdings did not change year-end category listings (Bank of America, Janus Invt. Fd-Small Cap and Value, T Rowe Price Mid-Cap).

USB Cash Fund should have been reflected in an earlier report but was inadvertently overlooked.

Medco Health Common Stock was a spin-off from current holding in Merck Common Stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date May 17, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544